330

PER CURIAM.

(No. 75-CC-690—■■■■■■■■■■)

MILDRED A. BURY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed February 13, 1975.*

MILDRED A. BURY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-731—■■■■■■■■■■)

ACADEMIC PRESS, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 13, 1975.*

ACADEMIC PRESS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.